UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DOMINGO CARO JR.,<br><br>         Plaintiff,<br><br>   -against-<br><br>MARTIN O'MALLEY,<br><br>         Defendant. | Case No. 1:24-cv-04782 (JLR)<br><br>**ORDER** |

JENNIFER L. ROCHON, United States District Judge:

  To conserve resources, to promote judicial efficiency, and to seek to achieve a faster disposition of this matter, it is hereby ORDERED that the parties must discuss whether they are willing to consent, under 28 U.S.C. § 636(c), to conducting all further proceedings before Magistrate Judge Stein.

  If both parties consent to proceed before Magistrate Judge Stein, counsel for the defendant must, **within two weeks of the date of this Order**, submit a fully executed Notice, Consent, and Reference of a Civil Action to a Magistrate Judge form, a copy of which is available at https://nysd.uscourts.gov/forms/consent-proceed-us-magistrate-judge.  If the Court approves that form, all further proceedings will then be conducted before Magistrate Judge Stein rather than before me.  Any appeal would be taken directly to the United States Court of Appeals for the Second Circuit, as it would be from this Court if the consent form were not signed and so ordered.  An information sheet on proceedings before magistrate judges is also attached to this Order.

  If either party does not consent to conducting all further proceedings before Magistrate Judge Stein, the parties must file a joint letter, **within two weeks of this Order**, advising the Court that the parties do not consent, **but without disclosing the identity of the party or**

1

**parties who do not consent**.  At that time, the Court will then refer this case to Magistrate Judge Stein for a report and recommendation on any motion for judgment on the pleadings.  The parties are free to withhold consent to conducting all further proceedings before Magistrate Judge Stein without negative consequences.

Dated: June 27, 2024
       New York, New York

SO ORDERED.

*Jennifer Rochon*
JENNIFER L. ROCHON
United States District Judge