UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
DOMINGO CARO JR.,

                        Plaintiff,                    24 **CIVIL** 4782 (JLR)(GRJ)

-v-                                          **<u>JUDGMENT</u>**

ACTING COMMISSIONER OF SOCIAL SECURITY,

                        Defendant.
------------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion and Order dated May 15, 2025, the Court has reviewed the R&R for clear error. The Court finds that the report is comprehensive and clear from error, and therefore has adopted Magistrate Judge Jones's R&R in its entirety. *See Qlay*, 2024 WL 4769718, at *1, *Casablanca v. Commissioner of Social Security*, No. 22-cv-09290 (NSR) (VR), 2025 WL 1009389, at *2 (S.D.N.Y. Apr. 4, 2025). The Court has granted Plaintiff's motion for judgment on the pleading and has denied the Commissioner's motion. The case is remanded for further administrative proceedings pursuant to section 405(g) of the Social Security Act.

**Dated:** New York, New York

      May 15, 2025

                                                             **TAMMI M. HELLWIG**
                                                               **Clerk of Court**

                          **BY:**      *K. Mango*

                                                               **Deputy Clerk**